**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Evan Stuart Fairbanks v. The State of Texas

Appellate case numbers:  01-14-00124-CR; 01-14-00125-CR

Trial court case numbers: 1388074; 1388075

Trial court:                    177th District Court of Harris County

On August 13, 2014, appellant Evan Stuart Fairbanks filed "Appellant's Motion to Abate Appeals." The Court requests a response to the motion from the State. It is ordered that the response shall be filed no later than **10 days from the date of this order**.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
　　　　　　　　　　　☑ Acting individually     ☐ Acting for the Court

Date: August 14, 2014